# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

v.  Crim. No. 19-00140-TFM

**JOEL JACOB JOHNSON**

## FINAL ORDER OF FORFEITURE

This cause now comes before the Court upon the United States' motion to make the Preliminary Order of Forfeiture the Final Order of Forfeiture for the following property:

**One 2008 Chevrolet Silverado, VIN No: 2GCEK13C981263986;**
**One 2010 Chevrolet Camaro. VIN No: 2F1FJEJ2A9175252;**
**One 2013 Renegade ATV, Model 4gda, SN: 3JBMGCP1UDJ000UZ0; and,**
**One 2017 Renegade ATV, Model 4gda, SN: 2BVHGCK148V001353.**

The Court hereby finds that the motion is due to be **granted**, for the reasons set forth herein and as set out below:

On February 20, 2020, the United States filed a motion for preliminary order of forfeiture for the above-listed property. In that motion, the United States established the defendant's interest in the property and the nexus between the property and the defendant's conviction for Count One of the Indictment. On February 20, 2020, pursuant to Title 21 United States Code § 853, and Fed. R. Crim. P. 32.2(b), the Court entered a preliminary order of forfeiture for the above-listed property. (Doc. 87, PageID.341-343)

In accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6), the United States published notice of the forfeiture, and of its intent to dispose

of the above-listed property, on the official government website, www.forfeiture.gov, beginning on April 10, 2020 and ending on May 9, 2020.  The publication gave notice to all third parties with a legal interest in the property to file with the Clerk of the Court, 155 St. Joseph Street, Mobile, AL 36602, and a copy served upon Assistant United States Attorney Gina S. Vann, 63 South Royal Street, Suite 600, Mobile, AL 36602, a petition to adjudicate their interest within 60 days of the first date of publication.  No third party filed a petition or claimed an interest in the property, and the time for filing any such petition has expired.

Further, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A), forfeiture of the above-listed property became final as to the defendant, Joel Jacob Johnson, at the time of sentencing and was made a part of the sentence and included in the judgment. (Doc. 135, PageID.426)

Thus, the United States has met all statutory requirements for the forfeiture of the two firearms, and it is appropriate for the Court to enter a final order of forfeiture.

**NOW, THEREFORE**, the Court having considered the matter and having been fully advised in the premises, it is hereby **ORDERED, ADJUDGED and DECREED** that for good cause shown, the United States' motion is **GRANTED**.  Under Title 21, United States Code § 853, and Fed. R. Crim. P. 32.2(c)(2), all right, title, and interest in the above-listed property are **CONDEMNED, FORFEITED and VESTED** in the United States for disposition according to law; and

**IT IS FURTHER ORDERED** that the United States Department of Homeland Security or other duly authorized federal agency take the above-listed property into its secure custody and control for disposition according to law; and,

**IT IS FURTHER ORDERED** that pursuant to 21U.S.C. § 853(n)(7), the United States of America has clear title to the above-listed property and may warrant good title to any subsequent purchaser or transferee; and

**IT IS FURTHER ORDERED** that the United States Department of Homeland Security or other duly authorized federal agency is hereby authorized to dispose of the above-listed property in accordance with the law; and

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**DONE AND ORDERED** this 8th day of October 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE